# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALLYN OKAMURA, | CIVIL CASE NO. 20-00031 |
| Plaintiff, | |
| vs. | **ORDER** |
| KILOLO KIJAKAZI,<br>Commissioner of Social Security. | |
| Defendant. | |

Before the court is the Petition for Attorney's Fees Under 42 U.S.C. § 406(b). *See* ECF No. 25. After review of the pleadings, the attached supporting documents, and the caselaw on this matter, the court finds the requested attorney fees under § 406(b) to be reasonable. Accordingly, the court GRANTS the Petition. Mr. David B. Goetz, counsel for Plaintiff, is hereby awarded $25,323.50 for attorney fees, which is 25% of the total past-due benefits awarded by Social Security to Plaintiff.

In addition, Mr. David B. Goetz shall refund to Plaintiff the amount of $2,290.61, which is the difference between $8,500.00 (the Equal Access to Justice Act award, *see* ECF No. 22) and $6,209.39 (Plaintiff's outstanding federal debt and in which the U.S. Treasury deducted the

amount from the Equal Access to Justice Act award). *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("the claimant's attorney must refund to the claimant the amount of the smaller fee." (internal brackets and quotation marks omitted)).

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 25, 2023**